IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RASHID ABDUL, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | NO. 11-1946 |
| | : | |
| v. | : | |
| | : | |
| GAMESA TECHNOLOGY CORPORATION, INC. et al., | : | |
| | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 18th day of April 2012, upon consideration of the Amended Complaint (Doc. No. 9), Defendants' Motion to Dismiss Count I of the Amended Complaint (Doc. No. 13), and Plaintiff's Response in Opposition to Defendants' Motion to Dismiss (Doc. No. 14), it is ORDERED that:

1. Defendants' Motion to Dismiss Count I of the Amended Complaint (Doc. No. 13) is GRANTED.

2. Count I of the Amended Complaint alleging a violation of 42 U.S.C. § 1981 is DISMISSED as to all Defendants.

3. Defendants shall file an answer to Counts II and III of the Amended Complaint (Doc. No. 9) within 20 days from the date of this Order.

BY THE COURT:

/s/ Joel H. Slomsky, J.
JOEL H. SLOMSKY, J.